# EXHIBIT A

| Name | Statement of Identity | Product Line | Ice Cream Type | Liters |
|---|---|---|---|---|
| Cookie Dough | Vanilla light ice cream with cookie dough pieces and chocolaty chips | Slow Churned | Light Ice Cream | 1.4 |
| Cookie Dough Cups | Vanilla ice cream with cookie dough pieces and chocolaty chips | Edy's Classics | Ice Cream | 0.171 |
| Fudge Tracks | Vanilla light ice cream with peanut butter cups and swirls of fudge | Slow Churned, No Sugar Added | Light Ice Cream | 1.4 |
| Fudge Tracks | Vanilla light ice cream with peanut butter cups and swirls of fudge | Slow Churned | Light Ice Cream | 1.4 |
| Mississippi Mud Pie | Chocolate light ice cream & vanilla light ice cream with a fudge swirl and cookie pieces | Slow Churned | Light Ice Cream | 1.4 |
| Neapolitan | Vanilla, Chocolate and Strawberry light ice creams | Slow Churned, No Sugar Added | Light Ice Cream | 1.4 |
| Neapolitan | Vanilla, Chocolate and Strawberry light ice creams | Slow Churned | Light Ice Cream | 1.4 |
| Neapolitan | Vanilla, Chocolate and Strawberry ice creams | Edy's Classics | Ice Cream | 1.4 |
| Nestlé Drumstick Sundae Cone | Vanilla ice cream swirled with fudge, chocolatey coated peanuts and cone pieces | Edy's Classics | Ice Cream | 1.4 |
| Nestlé Drumstick Sundae Cone Cups | Vanilla ice cream swirled with fudge, chocolatey coated peanuts and cone pieces | Edy's Classics | Ice Cream | 0.171 |
| Nestlé Toll House Cookie Dough | Vanilla ice cream with cookie dough pieces and mini Nestle Toll House Morsels | Edy's Classics | Ice Cream | 1.4 |
| Peanut Butter Cup | Vanilla light ice cream with peanut butter cups and swirls of peanut butter | Slow Churned | Light Ice Cream | 0.171 |
| Peanut Butter Cup | Vanilla light ice cream with peanut butter cups and swirls of peanut butter | Edy's Classics | Ice Cream | 1.4 |
| Vanilla | Vanilla light ice cream | Slow Churned, No Sugar Added | Light Ice Cream | 1.4 |
| Vanilla | Vanilla light ice cream | Slow Churned | Light Ice Cream | 1.4 |
| Vanilla | Vanilla Ice Cream | Edy's Classics | Ice Cream | 1.4 |
| Vanilla & Chocolate | Vanilla & Chocolate ice creams | Edy's Classics | Ice Cream | 1.4 |
| Vanilla Cups | Vanilla Ice Cream | Edy's Classics | Ice Cream | 0.171 |