## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GLENN LIOU, et al.

       Plaintiffs,

  v.

NESTLÉ DREYER'S ICE CREAM
COMPANY,

       Defendant.

C.A. No. 19-cv-05762-DLC

**NOTICE OF INTENT TO DISMISS**

Plaintiff Glenn Liou and defendant Nestlé Dreyer's Ice Cream Company hereby inform the Court that the matter has been resolved and that parties anticipate submitting a stipulated dismissal of the action under Fed. R. Civ. P. 41(a)(1)(A)(ii) within thirty days.

Dated:  October 31, 2019

Respectfully submitted,

/s/ Keri E. Borders
Keri E. Borders
MAYER BROWN LLP
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503
Telephone: 213-229-9500
Email: kborders@mayerbrown.com

*Attorney for Defendant Nestlé Dreyer's Ice Cream Company*

Dated:  October 31, 2019                    Respectfully submitted,

                                            /s/ Michael R. Reese
                                            Michael R. Reese
                                            REESE RICHMAN, LLP
                                            875 Avenue of the Americas
                                            18th Floor
                                            New York, New York  10001
                                            Telephone: 212-579-4625
                                            Email: mreese@reesellp.com

                                            Attorney for Plaintiff Glenn Liou


## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, a true and correct copy of this document was

served in accordance with the Federal Rules of Civil Procedure on all known counsel of record

by electronic service *via* the Court's CM/EMF system.

                                            /s/ Keri E. Borders